# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 403 EAL 2014
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
MICHAEL SANFORD, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, The Request that the Commonwealth's Informal Answer be Quashed and Vacated and the Petition for Allowance of Appeal are hereby **DENIED**.